IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00042-LTB

CYRIL S. PLUMMAN,

     Plaintiff,

v.

WARDEN T.K. COZZA-RHODES,
CAPTAIN P. KLEIN,
ASSOCIATE WARDEN BLUDWORTH, Programs,
S.I.S. M. CLARK,
S.I.S. ELLIOT,
UNIT MANAGER M. TUCKER, Pueblo/Alpha, and
UNIT COUNSELOR BARBARA BATULIUS,

     Defendants.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 4, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

     DATED at Denver, Colorado, this 4 day of April, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/  S. Grimm
                       Deputy Clerk